No. 652. PARRISH v. CHESAPEAKE & OHIO RY. Co. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. W. O. Parrish, pro se. Messrs. Walter Leake* and *Meade T. Spicer, Jr.*, for respondent.

Nos. 552 and 554. TUNNEL RAILROAD OF ST. LOUIS v. COMMISSIONER OF INTERNAL REVENUE;

Nos. 553 and 555. ST. LOUIS BRIDGE Co. v. SAME; and

Nos. 556 and 557. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS v. SAME. February 13, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. T. M. Pierce, S. Mayner Wallace*, and *Fred Esch* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Whitney North Seymour, Louis D. Monarch*, and *John G. Remey* for respondent. [See *post*, p. 607.]

No. 574. TEXAS PIPE LINE CO. ET AL. v. UNITED STATES;

No. 575. TEXAS COMPANY ET. AL. v. SAME.

No. 576. TEXAS PIPE LINE Co. v. SAME; and

No. 577. TEXAS PIPE LINE Co. OF OKLAHOMA v. SAME. February 13, 1933. Petition for writs of certiorari to the Court of Claims denied. *Messrs. Wm. J. Hughes, Jr., C. B. Ames*, and *H. T. Klein* for petitioners. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Charles F. Kincheloe*, and *Wm. H. Riley, Jr.*, for the United States.

No. 578. BRACE, ADMINISTRATRIX, ET AL. v. CANADIAN PACIFIC RY. Co. ET AL. February 13, 1933. Petition for